THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LASHAUN MCFADDEN, Personal
Representative of the Estate of Tyrone
Washington, deceased, Individually, and as
Next Friend of Minor Washington #1, a
Minor, and Minor Washington #2, a Minor                                                 PLAINTIFF

v.                              Case No. 4:22-cv-00624-KGB

KRYSTAL WATSON, *et al*.                                                                DEFENDANTS

## ORDER

Before the Court is the motion for continuance of defendants Krystal Watson, individually, Devon Smith, individually, Garan Blagg, individually, Sean Barber, individually, and the Board of Trustees of the University of Arkansas (collectively "the University Defendants") (Dkt. No. 39).  The University Defendants state that a trial in this matter is currently set for the week of April 2, 2024 (*Id*., ¶ 1).  The University Defendants request a continuance of the trial date and pretrial deadlines set forth in the Court's Final Scheduling Order due to health issues being experienced by their counsel (*Id*., ¶¶ 2-3).  Counsel for the University Defendants has conferred with counsel for plaintiff Lashaun McFadden who does not object to the motion (*Id*., ¶ 5).  For good cause shown, the Court grants the University Defendants' motion for continuance (Dkt. No. 39).  The Court will reset this matter for trial and will reset all unexpired pretrial deadlines by separate Order.

It is so ordered this 12th day of December, 2023.

_____
Kristine G. Baker
United States District Judge